IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

    Plaintiff,                                 CV F 07 0263 AWI WMW   P

  vs.                                         ORDER TO SHOW CAUSE

D. K. HATFIELD, et al.,

    Defendants.

        Plaintiff is a forme state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff, formerly in the custody of the California Department of Corrections at California Correctional Institution Tehachapi, brings this civil rights action against various correctional officials employed by the Department of Corrections, along with the California Correctional Peace Officer's Association.

        The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

1    This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2 conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3 a claim upon which relief can be granted.  <u>Williams v. Andrews</u>, CV F 01 6222  REC HGB P;
4 <u>Willaims v. Wood</u>, CV 01 6151 REC LJO P; <u>Williams v. Rendon</u>, CV 01 5891 AWI SMS P.
5 Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating
6 that he is imminent danger of serious physical injury.

7    The allegations in this action consist of a generalized claim that correctional
8 officials in general are conspiring to murder Plaintiff, to falsely accuse him of crimes, to poison
9 him with arsenic, lead and mercury.   Plaintiff refers to prison officials in general, and fails to
10 identify any particular defendant that is engaging in conduct that constitutes a danger within the
11 meaning of 28 U.S.C. § 1915(g).   Further, Plaintiff is no longer in the custody of the California
12 Department of Corrections.

13    Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to show cause,
14 within thirty days of the date of service of this order, why

15    1. Plaintiff's application to proceed in forma pauperis should not be denied
16 pursuant to 28 U.S.C. § 1915(g).

17    2.  Plaintiff should not be directed to pay the $350 filing fee in full or suffer
dismissal of this action pursuant to Local Rule 11-110.IT IS SO ORDERED.

18
**Dated:    June 7, 2007**                         **/s/  William M. Wunderlich**
19                                                 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

2