IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LONNIE WILLIAMS,**

      **Plaintiff,**                CV F 07 0263 OWW WMW P

   vs.                              **ORDER VACATING FINDINGS**
                                       **AND RECOMMENDATIONS**

**D. K. HATFIELD, et al.,**

      **Defendants.**

      On May 2, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to submit an application to proceed in forma pauperis. On May 18, 2007, Plaintiff filed objections to the findings and recommendations, along with an application to proceed in forma pauperis.

      Accordingly, IT IS HEREBY ORDERED that the May 2, 2007, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:**   **June 7, 2007**                  /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE